NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

CANADIAN SOLAR INTERNATIONAL LIMITED, CANADIAN SOLAR MANUFACTURING (CHANGSHU), INC., CANADIAN SOLAR MANUFACTURING (LUOYANG), INC., CSI SOLAR POWER (CHINA) INC., CSI-GCL SOLAR MANUFACTURING (YANCHENG) CO., LTD., CSI CELLS CO., LTD., CANADIAN SOLAR (USA), INC., SHANGHAI BYD CO., LTD., YINGLI GREEN ENERGY HOLDING CO., LTD., BAODING TIANWEI YINGLI NEW ENERGY RESOURCES CO., LTD., TIANJIN YINGLI NEW ENERGY RESOURCES CO., LTD., HENGSHUI YINGLI NEW ENERGY RESOURCES CO., LTD., LIXIAN YINGLI NEW ENERGY RESOURCES CO., LTD., BAODING JIASHENG PHOTOVOLTAIC TECHNOLOGY CO., LTD., BEIJING TIANNENG YINGLI NEW ENERGY RESOURCES CO., LTD., HAINAN YINGLI NEW ENERGY RESOURCES CO., LTD., SHENZHEN YINGLI NEW ENERGY RESOURCES CO., LTD., YINGLI GREEN ENERGY INTERNATIONAL TRADING CO., LTD., YINGLI GREEN ENERGY AMERICAS, INC., YINGLI ENERGY (CHINA) CO., LTD., CHANGZHOU TRINA SOLAR ENERGY CO., LTD., TRINA SOLAR (CHANGZHOU) SCIENCE & TECHNOLOGY CO., LTD., YANCHENG TRINA SOLAR ENERGY TECHNOLOGY CO., LTD., CHANGZHOU TRINA SOLAR YABANG ENERGY CO., LTD., TURPAN TRINA SOLAR ENERGY CO., LTD., HUBEI TRINA SOLAR ENERGY CO., LTD., TRINA SOLAR (U.S.) INC., SOLARWORLD

**AMERICAS, INC.,**
*Plaintiffs*

**NINGBO QIXIN SOLAR ELECTRICAL APPLIANCE CO., LTD.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2020-2162

---

Appeal from the United States Court of International Trade in Nos. 1:17-cv-00173-CRK, 1:17-cv-00187-CRK, 1:17-cv-00193-CRK, 1:17-cv-00197-CRK, 1:17-cv-00200-CRK, Judge Claire R. Kelly.

---

**SUA SPONTE**

---

PER CURIAM.

**O R D E R**

The court scheduled oral argument in the above-captioned appeal for March 10, 2023. Ningbo Qixin Solar Electrical Appliance Co., Ltd. and the United States both respond to the notice of oral argument and indicate that they intend to waive their oral argument time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The United States is directed to appear for oral argument. The United States shall file an amended response to the notice of oral argument to designate arguing counsel no later than February 14, 2023.

(2) Ningbo Qixin will not be required to appear. Should Ningbo Qixin instead elect to appear, it must also file an amended response to the notice of oral argument no later than February 14, 2023.

FOR THE COURT

February 7, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court